✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     ARIZONA

Magna-RX, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Hyman Slepicoff, et al

CASE NUMBER:   CV05-3545-PHX-EHC

TO: (Name and address of Defendant)

Steve Chen

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph A Schenk
Hebert Schenk PC
4742 N 24th St
Ste 100
Phoenix, AZ 85016
602-248-8203

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Richard H. Weare                ISSUED ON November 4, 2005 (12:19pm)
CLERK                                                     DATE

s/ J. Rosales

(By) DEPUTY CLERK

✎AO 440  (Rev.  8/01)  Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** ||
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                    *Signature of Server*

                                                       _____
                                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.