IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Magna-RX, Inc., a California Corporation, | No. 05-3545-PHX-EHC |
| Plaintiff, | **ORDER** |
| vs. | |
| Hyman Slepicoff and Hedy Slepicoff, husband and wife, et. al., | |
| Defendant. | |

      The Court held a hearing on August 10, 2007, to discuss Defendants' Motion for Expedited Hearing (Dkt. 417) on Defendants' Motion to Dismiss (Dkt. 416). Before announcing its ruling on Defendants' Motion for Expedited Hearing (Dkt. 417), the Court wishes to address a separate matter. During the August 10, 2007, hearing, Plaintiff's counsel verbally informed the Court that Plaintiff was still waiting for a hearing date to be set on its Motion for Preliminary Injunction (Dkt. 116), filed on July 12, 2006. Briefing on Plaintiff's Motion for Preliminary Injunction (Dkt. 116) has been complete since September 11, 2006 (Dkt. 218).

      To understand why a hearing has not yet been set on Plaintiff's Motion for Preliminary Injunction (Dkt. 116), it is necessary to unravel a docketing error that began soon after briefing on that motion was completed. On November 14, 2006, the Court entered a Final Consent Judgment (Dkt. 278) against Defendant Jeremy Lambert. That Final Consent

Judgment closed the entire case. This was, however, a docketing error and the case was immediately reopened by the Clerk (Dkt. 279) on November 14, 2007. The Final Consent Judgment (Dkt. 278) was also modified on November 14, 2006, to read "CASE NOT CLOSED BY THIS JUDGMENT." Unfortunately for the parties, and unbeknownst to the Court, the closing and reopening of the case erased Plaintiff's Motion for Preliminary Injunction (Dkt. 116) from the Court's pending motions list, which the Court relies on to determine which motions it must rule on.

Though the error of the Court is regrettable, it was the parties' responsibility to inquire as to the status of this pending motion. Local Rule of Civil Procedure 7.2(l) provides that "[w]henever any motion or other matter has been taken under advisement by a District Judge or Magistrate Judge for more than one hundred and eighty (180) days, the attorneys of record in the case shall inquire of the Court, in writing, as to the status of the matter." In this instance, the parties should have inquired as to the status of the pending Motion for Preliminary Injunction (Dkt. 116) one hundred and eighty (180) days after the Court took it under advisement on September 11, 2006. That date would have been March 10, 2007. While Plaintiff's counsel brought this pending motion to the Court's attention during the August 10, 2007, hearing, a written status request pursuant to Local Rule 7.2(l) would have been the more appropriate means of inquiry. If properly submitted in March 2007, the Court would have discovered the docketing error much sooner. Nevertheless, the Court has now been advised that Plaintiff's Motion for Preliminary Injunction (Dkt. 116) is pending and has not yet been set for hearing. Thus, the Court will vacate the trial date set for September 18, 2007, and instead, will hear arguments on that date regarding Plaintiff's Motion for Preliminary Injunction (Dkt. 116), Defendants' Motion for Partial Summary Judgment (Dkt. 283), Defendant Herbal Groups, Inc.'s Motion for Partial Summary Judgment (Dkt. 287), and Defendants' Motion to Dismiss (Dkt. 416). Defendants' Motion for Expedited Hearing (Dkt. 417) will be denied in light of the vacated trial date.

Accordingly,

**IT IS ORDERED** vacating the trial date set for **September 18, 2007.**

**IT IS FURTHER ORDERED** vacating the final pre-trial conference set for **September 10, 2007**.

**IT IS FURTHER ORDERED** setting a hearing on Plaintiff's Motion for Preliminary Injunction (Dkt. 116), Defendants' Motion for Partial Summary Judgment (Dkt. 283), Defendant Herbal Groups, Inc.'s Motion for Partial Summary Judgment (Dkt. 287), and Defendants' Motion to Dismiss (Dkt. 416) for **Tuesday, September 18, 2007, at 2:00 p.m.** Non-local counsel wishing to participate by phone shall organize a conference call amongst themselves and call the Court on a single line at (602) 322-7530, five minutes before the hearing.

**IT IS FURTHER ORDERED** denying Defendants' Motion to Expedite Hearing (Dkt. 417).

DATED this 20th day of August, 2007.

*/s/ Earl H. Carroll*
Earl H. Carroll
United States District Judge