IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Magna-RX, Inc., | No. CV 05-03545-PHX-EHC |
| Plaintiff, | **ORDER** |
| vs. | |
| Hyman Slepicoff, et al., | |
| Defendants. | |

Pursuant to stipulation,

**IT IS ORDERED** dismissing with prejudice all claims asserted by Plaintiff Magna-RX, Inc. against Defendants Hyman Slepicoff, Hedy Slepicoff, WOW Enterprises, Inc., RCP Corporation, and the Hyman C. Slepicoff and Hedy L. Slepicoff Family Trust of 1994.

**IT IS FURTHER ORDERED** dismissing with prejudice all counterclaims asserted by Defendants Hyman Slepicoff, Hedy Slepicoff, WOW Enterprises, Inc., RCP Corporation, and the Hyman C. Slepicoff and Hedy L. Slepicoff Family Trust of 1994.

**IT IS FURTHER ORDERED** that Plaintiff Magna-RX, Inc. and Defendants Hyman Slepicoff, Hedy Slepicoff, WOW Enterprises, Inc., RCP Corporation, and the Hyman C. Slepicoff and Hedy L. Slepicoff Family Trust of 1994 will each bear their own costs and attorneys fees in connection with this action.

//

1       DATED this 12th day of June, 2008.

_____
Earl H. Carroll
United States District Judge