# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| MAGNA-RX, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYMAN SLEPICOFF and HEDY SLEPICOFF, husband and wife; WOW ENTERPRISES, INC., an Arizona corporation; RCP CORPORATION, an Arizona corporation; HYMAN AND HEDY SLEPICOFF REVOCABLE LIVING TRUST; JENCO INDUSTRIES, INC., a California corporation; TREZCO, INC., a California corporation; SHERCO, L.L.C., a California limited liability company; HERBAL GROUPS, INC., a California corporation; JOHN AMSLOW, INC., a California corporation; HAYDEN-MEDICAL, L.L.C., an Arizona limited liability company; ANSWERNOW, INC., an Arizona corporation; MERIT SALES, INC., a California corporation; HAROLD ALLEN; AMY CHEN; TROY D. HOLLEY; JASON KLEINER; JEREMY LAMBERT; KELLIE LEIGHTON; SHERYL REGAN; ROBERT SEFARADI; DANIEL SHAW; ALLEN SIMCO; OLYA KORNBAU; HEALTH10.COM, INC., a Florida corporation; LEADING EDGE MARKETING, a Colorado limited liability company; INNOVATIVE NUTRACEUTICALS CORP, a Florida Corporation; INTELA MARKETING, LLC, a Florida limited liability company; NETWORK SOLUTIONS, LLC, a Delaware limited liability company; NICE PRICE USA, INC., a New York Corporation; AMAZON.COM, INC., a Delaware corporation; ES ONLINE, INC., a New York corporation; DYNAMIC BRIDGE INC., a California corporation; UNLIMITED STANDARDS, INC., a California corporation,<br><br>Defendants. | Case No. CV 05-3545-PHX-EHC<br><br>**FINAL CONSENT JUDGMENT**<br><br>**AS TO DEFENDANT**<br><br>**NICE PRICE USA, INC.** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | HYMAN SLEPICOFF and HEDY SLEPICOFF, husband and wife; WOW ENTERPRISES, INC., an Arizona corporation; RCP CORPORATION, an Arizona corporation; HYMAN AND HEDY SLEPICOFF REVOCABLE LIVING TRUST,<br><br>                    Counterclaimants,<br><br>v.<br><br>MAGNA-RX, INC., a California corporation; MAGNA-RX NUTRITION, INC., an Arizona corporation; WESTERN RESEARCH 3000, INC., a California corporation; STEVE MOIDEL and GAYLE MOIDEL, husband and wife; WATERBLUE, LTD., a Nevis corporation, SANDOLLAR INSURANCE COMPANY, LTD., a Nevis corporation; and BRUCE LOVE and JANET LOVE, husband and wife,<br><br>                    Counterdefendants. |

Upon the consent and agreement of Plaintiff Magna-RX, Inc. and Defendant **Nice Price USA, Inc.** ("Defendant") to the entry of a Final Consent Judgment, and the Court being fully and sufficiently advised in the premises:

**IT IS ORDERED** that:

1. This Court has jurisdiction over the subject matter and the Parties to this action.

2. Defendant, and each of its principals, officers, agents, servants and employees, as well as all other parties under its control, are hereby permanently enjoined from any further manufacture, advertising, marketing, distribution, selling, or offering for sale, without the express permission of the Plaintiff, any herbal supplement products embodying or using Magna-RX, Inc.'s copyrighted images, and/or other products embodying or using Magna-RX, Inc.'s images.

3. Defendant, and each of its principals, officers, agents, servants and employees, as well as all other parties under its control, are hereby permanently enjoined from any further unlawful use of the mark MAGNA RX+, or a colorable imitation thereof, and from any further unlawful use of Magna-RX, Inc.'s trademarks, in connection with the manufacture, advertising, marketing, distribution, selling, or offering for sale, of any herbal supplement products for enhancing male sexual performance.

4. All remaining claims, counterclaims and causes of action asserted herein by either Magna-RX, Inc. or Nice Price USA, Inc. are hereby **DISMISSED** with prejudice.

Dated this 17th day of February, 2009.

*/s/ Earl H. Carroll*
Earl H. Carroll
United States District Judge