# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| MAGNA-RX, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MERIT SALES, INC., a California corporation,<br><br>Defendant.<br>_____ | Case No. CV 05-3545-PHX-EHC<br><br><br>**ORDER** |

On April 3, 2009, Plaintiff Magna-RX, Inc. and Defendant Merit Sales, Inc. filed a "Stipulation to Vacate Trial Setting and All Pretrial Deadlines" because the parties had reached a settlement. (Dkt. 520.) On April 6, 2009, the Court vacated all pretrial dates and deadlines and ordered the parties to submit a stipulation for dismissal by May 4, 2009. (Dkt. 521.) On April 17, 2009, Plaintiff Magna-RX, Inc. and Defendant Merit Sales, Inc. filed a Stipulation for Dismissal with Prejudice. (Dkt. 522.) Plaintiff Magna-RX, Inc. and Defendant Merit Sales, Inc. are the only remaining parties in this case.

Accordingly, for good cause appearing,

IT IS ORDERED that the parties' Stipulation for Dismissal with Prejudice (Dkt. 522) is **granted**.

IT IS FURTHER ORDERED dismissing with prejudice all unadjudicated claims in this case.

IT IS FURTHER ORDERED that Magna-RX, Inc. and Merit Sales, Inc. will each bear their own costs and attorneys' fees.

1  Dated this 20th day of April, 2009.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge